UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-169-RHW |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY |
| DANIEL LEE DOVE, | |
| Defendant. | |

At the April 25, 2008, hearing on Defendant's motion to reduce bond, Assistant Federal Defender Christina Hunt appeared with Defendant; Assistant U.S. Attorney Russ Smoot represented the United States. Both sides argued.

The court, having considered the proffers of Defendant and Plaintiff, finds defendant has been compliant during the four months he has been under pretrial supervision. As the charges are for alleged possession, rather than distribution, the condition of electronic monitoring is not mandatory. Defendant is now employed and attending school. The Defendant's Motion to Modify **(Ct. Rec. 30)** is **GRANTED.**

**IT IS SO ORDERED**. The condition of electronic monitoring is STRICKEN. All other conditions of release set on December 18, 2007 (Ct. Rec. 16) remain.

DATED April, 2008.

              s/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 1