UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DANIEL LEE DOVE,<br><br>　　　　　Defendant. | No. CR-07-169-RHW<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |

At the September 15, 2008, hearing on Defendant's Motion to Modify, Assistant Federal Defender Amy Rubin appeared with Defendant; Assistant U.S. Attorney Ronald W. Skibbie represented the United States.

The court finds the Motion is unopposed and that Defendant is in compliance with all conditions of release. Accordingly, Defendant's Motion **(Ct. Rec. 40)** is **GRANTED.** The Defendant shall no longer be subject to home detention. All other conditions in this court's prior Orders remain.

DATED September 15, 2008.

　　　　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1