PROB 12C
(7/93)

Report Date: April 17, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 17 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Daniel Lee Dove                Case Number: 2:07CR00169-RHW-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 11, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie J. Lister | Date Supervision Commenced: September 5, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 4, 2023 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 - 2 | **Special Condition # 20**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.<br><br>**Supporting Evidence**: Daniel Dove violated the conditions of his supervised release in Spokane, Washington, since his supervision commenced on September 5, 2013, by viewing and possessing pornography. The offender admitted to last viewing pornography on or about March 11, 2014.<br><br>On March 18, 2014, the offender participated in a polygraph examination. On March 19, 2014, collateral contact with Lori Ziegler, certified polygraph examiner, confirmed that the offender self-disclosed possessing and viewing pornographic material as noted. In fact, the offender admitted that he never ceased viewing pornographic material since being indicted for the instant federal offense. Specifically, Daniel Dove accessed and viewed pornography while utilizing his wife's cell phone. In addition, he disclosed that he viewed pornography |

Prob12C
Re: Dove, Daniel Lee
April 17, 2014
Page 2

by looking at other individual's cell phones, while at the residential reentry center (RRC), prior to the start of his supervised release term.

On March 28, 2014, an intervention meeting with the offender was conducted that included supervising U.S. probation officer, Matthew Thompson, and the undersigned officer. At that time, the offender admitted to viewing pornographic material no less than 40 separate occasions since supervision commenced on September 5, 2013. In addition, Daniel Dove admitted to exchanging nude images of his genitalia with his wife. It is noted, he admitted to the receipt of nude images of her genitalia while under supervision.

The offender also admitted to accessing the Internet and using e-mail addresses that were established prior to his federal conviction. Essentially, the offender corroborated the information revealed in the above-referenced polygraph examination that was conducted by Lori Ziegler.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/17/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/17/2014
Date