PROB 12C
(6/16)

Report Date: June 30, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Lee Dove                    Case Number: 0980 2:07CR00169-RHW-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 11, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | |
| Original Sentence: | Prison 60 months;<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie J. Lister | Date Supervision Commenced: September 5, 2013 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: September 4, 2023 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: You shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Daniel Dove was arrested for Possession of Child Pornography, in violation of 18 U.S.C § 2252A, by the Federal Bureau of Investigation (FBI) on June 29, 2016. |
| 4 | **Special Condition # 15**: You shall allow the supervising probation officer or designee to conduct periodic random inspections, including retrieval and copying of data from the computer and any internal or external peripherals.  This may require removal of the equipment for purposes of more thorough inspection.  Further, you shall not possess or use any public or private data encryption technique or program.  You may be required to purchase hardware or software systems that monitor your computer usage and shall consent to installation of such systems on your computer.<br><br>**Supporting Evidence**:  On June 27, 2016, the undersigned officer was informed by the FBI that Mr. Dove had been accessing the Internet through a mobile device from on or about January 29, 2016, through May 14, 2016. |

The information originated while the FBI was conducting an investigation of a separate individual that had been recently arrested for distributing child pornography.

Mr. Dove is not authorized to access the Internet without the installation of monitoring software. Specifically, he was informed by the undersigned officer on December 10, 2015, that he may not possess a smart phone as there is not an acceptable software system that can monitor his Internet use on mobile devices.

5       **Special Condition # 20**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.

**Supporting Evidence**: Daniel Dove was arrested for Possession of Child Pornography, in violation of 18 U.S.C § 2252A, by the Federal Bureau of Investigation on June 29, 2016.

In addition, the undersigned officer was present when Mr. Dove admitted to viewing child pornography over the course of approximately 5 months, between January and May 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/30/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

July 5, 2016
Date